Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for JOHN RODGERS, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br>　　　　Plaintiff,<br><br>vs.<br><br>ALFRED HOM, TRUSTEE OF THE ALFRED HOM REVOCABLE TRUST; R&D RESTAURANT ENTERPRISES, INC., a California corporation, d/b/a APPLEBEE'S NEIGHBORHOOD GRILL and BAR and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No. CV-13-04472NC<br><br>*Civil Rights*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER**<br>[F.R.C.P. 41(a)(1)(ii) and (2)] |

Plaintiff JOHN RODGERS and Defendants ALFRED HOM, TRUSTEE OF THE ALFRED HOM REVOCABLE TRUST; R&D RESTAURANT ENTERPRISES, INC., a California corporation, d/b/a APPLEBEE'S NEIGHBORHOOD GRILL and BAR, by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Rules 41(a)(1)(ii) and (a)(2) of the Federal Rules of Civil Procedure. Plaintiff filed this lawsuit on September 27, 2013. Plaintiff and Defendants, who have appeared, agree to the dismissal with prejudice of the entire action as to all parties. Plaintiff and Defendants

further stipulate that each side shall pay its own attorneys' fees and costs.

The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE signed by both parties and approved by their respective attorneys.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

Respectfully submitted,

DATED: May 22, 2014    By: /s/ Irene Karbelashvili
                       IRENE KARBELASHVILI
                       Attorney for Plaintiff JOHN RODGERS


DATED: May 22, 2014    OGLETREE, DEAKINS, NASH, SMOAK
                       & STEWART, P.C.

                       By:   /s/Danielle Hinton
                       DANIELLE HINTON, Attorney for ALFRED HOM, and R&DRESTAURANTENTERPRISES, INC.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on May 22, 2014, I, Irene Karbelashvili, received the concurrence of Danielle Hinton, Esq. in the filing of this document

                       By:      /s/ Irene Karbelashvili
                              IRENE KARBELASHVILI

## ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The entire lawsuit against all Defendants is dismissed with prejudice.

2. The Court retains jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE

3. Each side shall pay its own attorneys' fees and costs.

Dated: May 23, 2014



Hon. Nathanael Cousins, United States District Judge

GRANTED
Judge Nathanael M. Cousins